# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                  CRIMINAL NO. 4:12CR174-NBB

JOSEPH WILSON

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of Clay Joyner, United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this court directed to the Sheriff, Lee County Detention Center, Tupelo, Mississippi, the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of JOSEPH WILSON, before this court at Oxford, Mississippi, on March 1, 2022, at 1:30 p.m. for an initial appearance on the indictment pending against him, and directing them to return forthwith thereafter the said JOSEPH WILSON to the custody of the Sheriff, Lee County Detention Center, Tupelo, Mississippi, at the conclusion of the above cause.

This the 17th day of February, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE